**No. 10-10597. Celio Ramos Guizar, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3046, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4717.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 405 Fed. Appx. 98.